CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

3/25/2025

LAURA A. AUSTIN, CLERK
BY: M. POFF
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ———— Division

Monica Gail Goff            )    Case No.    6:25cv00024
                           )
    Plaintiffs           )
                           )
                           )
      v.              )
                           )
                           )
                           )    **Jury Trial    yes**
                           )
Gail B. Goff,               )
USPS City Mail Carrier      )
    Defendant No. 1      )

## COMPLAINT FOR A CIVIL CASE

1.    The Parties to This Complaint

    A.    The Plaintiff(s) is Monica G. Goff, Virginia    1848 Seminole Way, Big Island VA 24526
            252-202-7452

    B.    The Defendant(s) are Gail B. Goff, United States Postal Service City Mail
        Carrier. 1848 Seminole Way, Big Island VA 24526
           434-841-5814

1.    Plaintiffs are Monica G. Goff, formerly Monica Gail Yaitanes, United States Postal
Service Mail Distribution Clerk, United States Postal Service Assistant Postmaster, and
United States Postal Service Rural Carrier Associate residing in Bedford County,
Virginia.

2.    Defendant is Gail B. Goff, United States Postal Service City Mail Carrier residing
at Seminole Way, Bedford, Virginia.

3.    On or about June 30, 2023, Monica Gail Goff,  SS# ending 2429 of Big Island,
Virginia became a victim of retaliatory actions of reprisal by the defendant(s) conscious
decision to engage in bullying and in the extreme negative behavior that caused the twelve

(12) year prevention of employment with the United States Postal Service and loss wages for seven (7) years of self employment with Sunniskies 2u LLC.

4.      The Plaintiff, Monica G Goff, request reimbursement per Defendant(s) of the United States Postal Service job wage loss from September 2015 of $750,000 and reimbursement of lost wages from self employment through her business, Sunniskies 2u LLC, of $ 525,000.00 from January 20, 2018 to present day.

## PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. See 28 U.S.C. §1746; 18 U.S.C. 1621. Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dated this ___25th___ day of ___March___, _____ 2025_____

_____

MONICA GAIL GOFF

Plaintiff,
Monica G. Goff
Residing at
1848 Seminole way, Big Island. VA
County of Bedford VA